**SECOND DIVISION
ANDREWS, P. J.,
MCFADDEN and RAY , JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/**

**January 16, 2014**

# In the Court of Appeals of Georgia

A14A0374. REAVES v. THE STATE.

MCFADDEN, Judge.

Weldon Keith Reaves appealed from his convictions for burglary and theft by taking. The state filed a suggestion of death, advising that Reaves has died while this appeal has been pending. See Ct. App. R. 43 (a) ("The death of a party in a pending appeal may be suggested by counsel for either side at any time."). Reaves's counsel also represented to this Court that Reaves has died. The state has moved to dismiss the appeal as moot for this reason. We grant the motion and dismiss the appeal as moot. *Dorsey v. State*, 272 Ga. 283 (528 SE2d 257) (2000); *McLendon v. State*, 220 Ga. App. 205 (469 SE2d 551) (1996).

*Appeal dismissed. Andrews, P. J., and Ray, J., concur.*